AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

### DEFENDANT - U.S.
▶ HARLON GORDON (aka Harlon McElvaine)

**DISTRICT COURT NUMBER**
CR08-0263  SBA

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

Alcohol, Tobbacco and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM:  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned):  AUSA Chinhayi J. Coleman

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
North County

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ 3/7/2008   Month/Day/Year

Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION
VENUE: **OAKLAND**

FILED
2008 APR 23 PM 12:02
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CR08-0263 SBA**

UNITED STATES OF AMERICA,

V.

E-filing   HARLON GORDON (a.k.a. Harlon McElvaine),

DEFENDANT.

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a
Firearm and Ammunition

A true bill.

_____ Deputy Foreman

Filed in open court this 23 day of April
2008

_____ Clerk

Bail, $ No bail/arrest warrant.
4-23-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2008 APR 23 PM 12:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-0263 SBA |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition |
| v. ) | |
| HARLON GORDON (a.k.a. Harlon McElvaine), ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about March 7, 2008, in the Northern District of California, the defendant,

HARLON GORDON (a.k.a. Harlon McElvaine),

having been previously convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Smith and Wesson 9 millimeter handgun, serial number TCR0592, and 14 live rounds of 9 millimeter ammunition,

///

///

///

INDICTMENT

1  in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

2

3  DATED: April 23, 2008                          A TRUE BILL.

4

5                                                 Deputy /s/ Laurie K.
                                                         FOREPERSON
6

7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
   /s/
9  W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
10
   (Approved as to form: /s/
11                       AUSA Chinhayi J. Coleman

12

13

...

28

INDICTMENT