```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3924
7      FAX: (510) 637-3724
       Email: chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0263 SBA |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER AND PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| ) | |
| v. ) | |
| ) | |
| HARLON GORDON (a.k.a. Harlon ) McElvaine), ) | |
| ) | |
| Defendant. ) | |

TO: The Honorable James Larson, Chief United States Magistrate Judge for the Northern District of California:

The United States of America, by Assistant United States Attorney Chinhayi Coleman, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner HARLON GORDON (a.k.a. Harlon McElvaine). The prisoner is requested to appear in the above-referenced matter before Honorable Wayne D. Brazil, United States Magistrate

WRIT AD PROSEQUENDUM
CR 08-0263 SBA

Judge, 1301 Clay Street, Courtroom #4, Oakland, California on May 14, 2008 at 10:00 a.m. His place of custody and jailor are set forth in the attached writ.

DATED: April 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
CHINHAYI COLEMAN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April _____, 2008

_____
HON. JAMES LARSON
Chief United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 08-0263 SBA

### THE PRESIDENT OF THE UNITED STATES OF AMERICA

To:   **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sherif of North County Jail:

### GREETINGS

**WE COMMAND** that on May 14, 2008 at 10:00 a.m., you have and produce the body of HARLON GORDON (a.k.a. Harlon McElvaine), CDC Number T081905, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that HARLON GORDON (a.k.a. Harlon McElvaine) may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable James Larson, Chief United States Magistrate Judge for the Northern District of California.

Dated: April ____, 2008        CLERK, UNITED STATES DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA

                        By:    _____
                               DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 08-0263 SBA