1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3924
7     FAX: (510) 637-3724
      Email: chinhayi.j.coleman@usdoj.gov

8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 08-0263 SBA
                                       )
15          Plaintiff,                 )    [PROPOSED] ORDER AND PETITION
                                       )    FOR WRIT OF HABEAS CORPUS AD
16  v.                                 )    PROSEQUENDUM
                                       )
17  HARLON GORDON (a.k.a. Harlon       )
    McElvaine),                        )
18                                     )
            Defendant.                 )
19

20  TO:    The Honorable James Larson, Chief United States Magistrate Judge for the Northern

21         District of California:

22

23         The United States of America, by Assistant United States Attorney Chinhayi Coleman,

24  respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the

25  prisoner HARLON GORDON (a.k.a. Harlon McElvaine). The prisoner is requested to appear

26  in the above-referenced matter before Honorable Wayne D. Brazil, United States Magistrate

27

28

1  Judge, 1301 Clay Street, Courtroom #4, Oakland, California on May 14, 2008 at 10:00 a.m. His

2  place of custody and jailor are set forth in the attached writ.

3

4  DATED: April 28, 2008                          Respectfully submitted,

5                                                 JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6

7                                                 CHINHAYI COLEMAN

8                                                 Assistant United States Attorney

9  IT IS SO ORDERED.

10

11  DATED: April 28 , 2008

12

13                                                 HON. JAMES LARSON
                                                    Chief United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT AD PROSEQUENDUM
CR 08-0263 SBA

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:    **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sherif of North County Jail:

**GREETINGS**

**WE COMMAND** that on May 14, 2008 at 10:00 a.m., you have and produce the body of HARLON GORDON (a.k.a. Harlon McElvaine), CDC Number T081905, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that HARLON GORDON (a.k.a. Harlon McElvaine) may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable James Larson, Chief United States Magistrate Judge for the Northern District of California.

Dated: April 28, 2008                    CLERK, UNITED STATES DISTRICT COURT

                                         NORTHERN DISTRICT OF CALIFORNIA

                              By:    Venice E. Thomas
                                     DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 08-0263 SBA