| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | CHINHAYI J. COLEMAN (CABN 194542)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, CA 94612<br>Telephone: (510) 637-3924 |
| 7 | Facsimile: (501) 637-3724<br>E-Mail: chinhayi.j.coleman@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0263 SBA |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL; [PROPOSED] ORDER |
| HARLON GORDON (a.k.a. Harlon McElvaine), | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 08-0263 SBA

1  With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
2  United States Attorney for the Northern District of California dismisses the Indictment returned
3  against this defendant and requests that the arrest warrant be recalled.
4
5  DATED:       May 15, 2008              Respectfully submitted,
6                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
7
8                                                   /s/
                                           CHINHAYI J. COLEMAN
9                                          Assistant United States Attorney
10
11
   **LEAVE GRANTED and ARREST WARRANT RECALLED**.
12
   DATED: _____
13
                                           _____
                                           SAUNDRA BROWN ARMSTRONG
14                                         United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 08-0263 SBA