JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, CA 94612
  Telephone: (510) 637-3924
  Facsimile: (501) 637-3724
  E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARLON GORDON (a.k.a. Harlon ) <br> McElvaine), ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 08-0263 SBA <br><br> NOTICE OF DISMISSAL; [~~XXXXXXXX~~] [PROPOSED] ORDER |

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 08-0263 SBA

1 | With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant and requests that the arrest warrant be recalled.

DATED: May 15, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
CHINHAYI J. COLEMAN
Assistant United States Attorney

**LEAVE GRANTED and ARREST WARRANT RECALLED**.

DATED: 5/19/08

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 08-0263 SBA