| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | CHINHAYI J. COLEMAN (CABN 194542)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, CA 94612<br>Telephone: (510) 637-3924 |
| 7 | Facsimile: (501) 637-3724<br>E-Mail: chinhayi.j.coleman@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0263 SBA |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL; [PROPOSED]<br>ORDER |
| HARLON GORDON (a.k.a. Harlon McElvaine), | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 08-0263 SBA

1  With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
2  United States Attorney for the Northern District of California dismisses the Indictment returned
3  against this defendant and requests that the arrest warrant be recalled.

5  DATED:        May 15, 2008                Respectfully submitted,
6                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney

8                                                      /s/
                                              CHINHAYI J. COLEMAN
9                                             Assistant United States Attorney

12 **LEAVE GRANTED and ARREST WARRANT RECALLED**.
   DATED: 5/19/08
13                                            _Saundra B. Armstrong_
                                              SAUNDRA BROWN ARMSTRONG
14                                            United States District Court Judge

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 08-0263 SBA